## Garroway, Appellant, v. Garroway.

Argued March 21, 1949. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON and STEARNE, JJ.

*John E. Evans, Sr.,* for appellant.

*Clyde P. Bailey,* with him *Dane Critchfield,* and *Bailey & Critchfield,* for appellee.

PER CURIAM, April 11, 1949:
The judgment of the Superior Court is affirmed on the opinion of Judge HIRT.

Justice PATTERSON dissents.